**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | : | |
| AGNIHOTRUDU JANDHYALA | : | **Case No. : 24-19410** |
| Debtor(s) | : | **Chapter 13** |

| | |
|---|---|
| NEWREZ LLC | |
| d/b/a SHELLPOINT MORTGAGE SERVICING | : |
| | : |
| Movant/Secured Creditor | : |
| | : |
| vs. | : |
| | : |
| AGNIHOTRUDU JANDHYALA | : |
| | : |
| Respondent(s) | : |

**RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The Debtor, AGNIHOTRUDU JANDHYALA ("Debtor"), by and through counsel Joseph A. Trevino, Esquire, hereby submits the following Response to Motion Seeking Relief from Automatic Stay ("Motion") and in support submits as follows:

1. That Debtor admits to the allegations contained in paragraphs one (1) through four (4) of the motion.

2. That Debtor denies the allegations contained in paragraph five (5) through ten (10) of the motion. Debtor has made additional payments not referenced in the Motion.

3. That Debtor neither admits or denies the allegations contained in paragraph eleven (11) of the motion.

WHEREFORE, having fully responded, Debtor requests that the Motion filed by the Movant be denied.

Respectfully Submitted,

*/s/ Joseph A. Trevino*
Joseph A. Trevino, Esquire, Bar #03203
7903 Belle Point Drive
Greenbelt, MD   20770
(301) 441-3131
Email: joetrev@josephtrevino.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 27th day of March 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Response to Motion for Relief from Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Linda St. Pierre, Esq., Attorney for Movant
Linda.St.Pierre@mccalla.com

Timothy P. Branigan, Chapter 13 Trustee
cmecf@chapter13maryland.com

*/s/ Joseph A. Trevino*
Joseph A. Trevino, Esq.