**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE:   AGNIHOTRUDU JANDHYALA           *      Case No: 24-19410
                                         *
          Debtor(s)                      *      Chapter 13

**DEBTOR'S MOTION TO VOLUNTARILY DISMISS BANKRUPTCY PETITION**

AGNIHOTRUDU JANDHYALA, Chapter 13 Debtor, by and through counsel, Joseph A. Trevino, Esquire, files this Motion to Voluntarily Dismiss Bankruptcy Petition, and in support state to the Court:

1. The above-captioned bankruptcy proceeding was filed on November 6, 2024.

2. Pursuant to 11 U.S.C. § 1307, the Debtor is entitled to dismiss this Chapter 13 bankruptcy.

3. That this case has not been converted from a Chapter 7 bankruptcy.

WHEREFORE, the above- captioned Chapter 13 Debtor respectfully request that the Court enter an order dismissing the case voluntarily.

                    Respectfully submitted,

                    /s/ Joseph A. Trevino
                    Joseph A. Trevino, Esq. (Fed Bar No.03203)
                    7903 Belle Point Drive
                    Greenbelt, Maryland 20770
                    (301)441-3131
                    joetrev@josephtrevino.com

**CERTIFICATE OF MAILING**

   The undersigned hereby certifies that the above and foregoing Debtor's Motion to Dismiss Case was either sent electronically via the CM/ECF system, this 18th day of April 2025 to:

Timothy P. Branigan, Esq., cmecf@chapter13maryland.com

Elizabeth H. Parrott, Esq. Elizabeth.parrott@mccalla.com

Linda St. Pierre, Esq., Linda.st.pierre@mccalla.com, mccallaecf@ecf.courtdrive.com ,

John E. Tsikerdanos, Esq.,  John@naglezaller.com


I hereby further certify that on 18th of April 2025, a copy of the Motion was also mailed first class mail, postage prepaid to:

- Creditors listed on the attached mailing matrix.

                /s/ Joseph A. Trevino
                Joseph A. Trevino, Esquire